

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00118-CV

**KEVIN GLENN SCHRONK, INDIVIDUALLY
AND AS REPRESENTATIVE OF THE
ESTATE OF HELEN PATRICIA SCHRONK,
DECEASED AND DUSTIN SCHRONK,**

                                           **Appellants**

 **v.**

**LAERDAL MEDICAL CORPORATION,**

                                           **Appellee**

---

### From the 413th District Court
### Johnson County, Texas
### Trial Court No. C200600118

---

## O R D E R

---

A memorandum opinion and judgment in this proceeding was issued on August 8, 2013 in this proceeding. After further consideration, the Court withdraws its memorandum opinion issued on August 8, 2013, and substitutes its opinion issued this date, solely for the purpose of changing the designation from "Memorandum Opinion"

to "Opinion." The Court's judgment issued on August 8, 2013 is not withdrawn and remains in effect from the date of its issuance.

This order is not intended to affect the petition for review filed with the Texas Supreme Court.


PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Order issued and filed December 12, 2013